## MEMORANDUM DECISIONS

**1**

Joe LAVINE et ux v. HOUSTON, E. & W. T. RY. CO. (No. 599–4077.) (Commission of Appeals of Texas, Section A. Jan. 28, 1925.) Error to Court of Civil Appeals of First Supreme Judicial District. Bryan, Dyess & Colgin and C. O. Guynes, all of Houston, for plaintiff in error. Baker, Botts, Parker & Garwood and Garrison & Watson, all of Houston, for defendant in error.

CHAPMAN, J. Plaintiffs in error recovered judgment against defendant in error for personal injury to their minor son. The judgment of the trial court was reversed by the Court of Civil Appeals (255 S. W. 448) and plaintiffs in error's application for writ of error was granted in this court. Before the case was submitted, attorneys for defendant in error filed a motion to dismiss the appeal upon the ground that they had made settlement with plaintiffs in error. Attorneys for plaintiff in error controverted this motion, alleging that they owned a part of the cause of action of plaintiffs in error, and that no settlement was made with them for their interest. Since we took the whole case under consideration attorneys for defendant in error have made settlement with the attorneys for plaintiffs in error, of which we have been notified by letter hereto attached, and in which letter from attorneys for defendant in error it is stated that the case may be dismissed at the cost of defendant in error. We therefore recommend that the case be dismissed, at the cost of defendant in error, Houston, East & West Texas Railway Company.

·CURETON, C. J. This cause having been compromised and settled it is dismissed as recommended by the Commission of Appeals.

**2**

Walter ANDERSON v. STATE. (No. 9011.) (Court of Criminal Appeals of Texas. Jan. 7, 1925.) Appeal from District Court, Anderson County;. Ben F. Dent, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The conviction is for the unlawful sale of intoxicating liquor; punishment fixed at confinement in the penitentiary for one year. Upon a plea of guilty the minimum punishment was assessed. The facts are not brought forward for review. No reason for reversal has been advanced by bill of exceptions, or discovered by this court. The judgment is affirmed.

**3**

Will ANDERSON v. STATE. (No. 9089.) (Court of Criminal Appeals of Texas. Jan. 14, 1925.) Appeal from District Court, Rusk County; Chas. L. Brachfield, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The offense is the unlawfull possession of equipment for making intoxicating liquor; punishment fixed at confinement in the penitentiary for one year. The indictment appears regular. No statement of facts is before this court. A plea of guilty was entered, and the lowest penalty was assessed. We have perceived nothing in the record which warrants a reversal of the judgment. Its affirmance is ordered.

**4**

E. C. ARBUCKLE v. STATE. (No. 9072.) (Court of Criminal Appeals of Texas. Jan. 7, 1925.) Appeal from Wichita County Court, at Law; Guy Rogers, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The offense is theft, a misdemeanor; punishment fixed at confinement in the county jail for a period of six months. No statement of facts accompanies the record. No irregularity in the procedure has been pointed out by bill of exceptions, or perceived by this court. The judgment is affirmed.

**5**

John BENSON v. STATE. (No. 8577.) (Court of Criminal Appeals of Texas. Jan. 7, 1925.) Appeal from District Court, Jefferson County; George C. O'Brien, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Appellant was convicted in the district court of Jefferson county of possessing intoxicating liquor for purposes of sale, and his punishment fixed at one year in the penitentiary. The record is before us without bills of exception or statement of facts. The indictment and the charge of the court appear to be in conformity with law, and an affirmance will be ordered.

**6**

E. Walter CARTER v. STATE. (No. 8932.) (Court of Criminal Appeals of Texas. Nov. 5, 1924. Rehearing Denied Jan. 14, 1925.) Appeal from District Court, Freestone County; J. R. Bell, Judge. N. T. Stubbs, of Mexia, for appellant. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Appellant was convicted in the district court of Freestone county of seduction, and his punishment fixed at two years in the penitentiary. This case is before us on appeal, without statement of facts or bills of exception. We have examined the indictment and the charge of the court, and believe same to be in conformity with law. An affirmance will be ordered.